**Ronaldo S. LIGONS, Appellant,**

v.

**David CRIST, Warden; Mark Kroll, Lt., Appellees.**

No. 03–2701.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 28, 2003.

Decided Dec. 10, 2003.

Ronaldo S. Ligons, pro se, Bayport, MN, for Plaintiff–Appellant.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Minnesota inmate Ronaldo Ligons appeals the district court's[1] 28 U.S.C. § 1915A dismissal of his civil case alleging denial of access to legal materials. We conclude the complaint was properly dismissed because, prior to dismissal, Ligons did not allege an actual injury with respect to any particular legal claim.

Accordingly, we affirm, *see* 8th Cir. R. 47B, but we modify the dismissal to be without prejudice. *See Sabers v. Delano*, 100 F.3d 82, 84 (8th Cir.1996) (per curiam).

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.